```
          IN THE UNITED STATES DISTRICT COURT
             WESTERN DISTRICT OF ARKANSAS
                  HOT SPRINGS DIVISION
```

UNITED STATES OF AMERICA                              PLAINTIFF

    V.            Criminal No. 6:07CR60011

DOMINIC VICTOR MARCANTONIO                            DEFENDANT

O R D E R

On this 29th day of October 2007, there comes on for consideration the report and recommendation filed on October 12, 2007, by the Honorable Barry A. Bryant, United States Magistrate for the Western District of Arkansas.  (Doc. 50). Defendant has advised he has no objections to the report and recommendation.

The court has reviewed this case and, being well and sufficiently advised, finds as follows:  The report and recommendation is proper and should be and hereby is adopted in its entirety.  Accordingly, Defendant's motion to suppress (Doc. 43) is hereby DENIED.

IT IS SO ORDERED.

                                       /s/ Robert T. Dawson  
                                       Honorable Robert T. Dawson  
                                       United States District Judge

**AO72A**  
**(Rev. 8/82)**